

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00409-CV

YSLETA INDEPENDENT SCHOOL DISTRICT AND COMMISSIONER OF
EDUCATION
v.
EDITH PORTER, JENNIFER ADAMS, AND RITA VASQUEZ

On Appeal from the
261st District Court of Travis County, Texas
Trial Cause No. D-1-GN-12-002831

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 13, 2015